| 1. Person Reporting (last name, first, middle initial) Sleet, Gregory M | 2. Court or Organization US District Court, Dist. of DE | 3. Date of Report 05/15/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address United States District Court 844 N. King Street, Lockbox 19 Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Overseers, Widener University School of Law |
| 2. Member of Advisory Board | Board of Trustees, St. Michael's School and Day Nursery |
| 3. Council Member | Criminal Justice Council, State of Delaware |
| 4. Member | Board of Directors, Delaware Community Foundation |
| 5. Chair | Victim's Advisory Committee, Criminal Justice Council SubCommittee |
| 6. Member | District Court Advisory Committee |
| 7. Member | Third Circuit Judicial Technology Committee |
| 8. Advisory Council Member | Nemours Health and Prevention Services |
| 9. Member | Third Circuit Committee on Criminal Pattern Jury Instructions |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2007 MAY 23 A 9: 38 FINANCIAL DISCLOSURE OFFICE

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Sleet, Gregory M | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

| X | NONE *(No reportable non-investment income.)* |
|---|---|

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

| | NONE *(No reportable non-investment income.)* |
|---|---|

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | E.I. Dupont de Nemours & Co., Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

| | NONE *(No reportable reimbursements.)* |
|---|---|

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 3rd Circuit Judicial Conference | Nemacolin Woodlands Resort, Farmington, PA; transportaton, food and lodging 4/30/06-5/2/06 |
| 2. | PLI Seminar on Markman Hearings | Practicing Law Institute - New York, NY; transportation 7/26/06 |
| 3. | Committee on Pattern Jury Instructions, Criminal - Third Circuit | 3rd Circuit U.S. Courthouse, Philadelphia, PA |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sleet, Gregory M | 05/15/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Sleet, Gregory M | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sleet, Gregory M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. North Amer. Life/Variable Ann., formerly New England Life | A | Interest | K | T | | | | | |
| 2. PNC Bank,IRA(cash equivalent acct @ financial institution) | C | Interest | J | T | | | | | |
| 3. DuPont, Inc., Common Stock | B | Dividend | J | T | | | | | |
| 4. DuPont, Inc., 401k | D | Interest | M | T | | | | | |
| 5. Money Market, Wilmington Trust | A | Interest | J | T | | | | | |
| 6. Invest. Co. of America, Mutual Fund, American Funds Group | A | Interest | J | T | | | | | |
| 7. Invest. Co. of America, Mutual Fund, American Funds Group | A | Interest | J | T | | | | | |
| 8. Invest. Co. of America, American Funds Group | A | Interest | J | T | | | | | |
| 9. Gov't Thrift Savings Plan | D | Interest | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sleet, Gregory M | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date _May 18, 2007_

NOTE: AN▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
